## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Akbar M. Ali, et al. v. Sameer Vohra, et al.

Case Number: 26-11351

An appearance is hereby filed by the undersigned as attorney for:

All plaintiffs

Attorney name (type or print): Mark L. Rienzi

Firm: The Becket Fund for Religious Liberty

Street address: 1919 Pennsylvania Ave. N.W. Suite 400

City/State/Zip: Washington, D.C. 20006

Bar ID Number: 494336
(See item 3 in instructions)

Telephone Number: 202-955-0095

Email Address: mrienzi@becketfund.org

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 16, 2026

Attorney signature: S/ Mark L. Rienzi
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023