**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Ali et al. v. Vohra et al.    Case Number: 1:26-cv-11351

An appearance is hereby filed by the undersigned as attorney for:
Defendants Sameer Vohra, M.D., Mario Treto, Jr., and Terry Prince, in their official capacities

Attorney name (type or print): Elizabeth A.F. Morris

Firm: Office of the Illinois Attorney General

Street address: 115 South LaSalle St., 35th Fl.

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6297239    Telephone Number: 312-814-3000
(See item 3 in instructions)

Email Address: elizabeth.morris@ilag.gov

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 19, 2026

Attorney signature: S/ Elizabeth Morris
(Use electronic signature if the appearance form is filed electronically.)