**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Akbar M. Ali, et al.
Plaintiff,
v.
Case No.: 1:26−cv−11351
Honorable Sunil R. Harjani
Sameer Vohra, et al.
Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 17, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: An initial status hearing is set for 12/2/2026 at 9:15 a.m. by telephone. By 11/24/2026, the parties shall file a joint initial status report. A template for the Joint Initial Status Report can be found on the Court's web page. If the defendant(s) have not been served by the initial status date, counsel for plaintiff is to contact the Courtroom Deputy to reschedule the status hearing and the date for filing an initial status report. In some cases, the scheduled initial status hearing may take place before a defendant has responded to the plaintiff's complaint. The Court expects all defendants who have been served with process to participate in the scheduling conference even if they have not yet responded to the complaint. The call−in number is (855) 244−8681 and the access code is 172 628 1276##. Attorneys of record may not use speakerphones during the status hearing. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.