**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Mary Keen Kirchoff, M.D., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Mario Treto, Jr., *et al.*,<br><br>Defendants. | Case No. 1:26-cv-9628<br><br>District Judge Franklin U. Valderrama<br>Magistrate Judge Heather K. McShain |
| Carmelite Sisters for the Aged and Infirm, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Terry Prince, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-10665<br><br>District Judge Franklin U. Valderrama<br>Magistrate Judge Heather K. McShain |
| Akbar M. Ali, M.D., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Sameer Vohra, M.D., *et al.*,<br><br>Defendants. | Case No. 1:26-cv-11351<br><br>District Judge Franklin U. Valderrama<br>Magistrate Judge Jeannice Appenteng |

**DEFENDANTS' *UNOPPOSED* MOTION TO STAY**
**RESPONSIVE PLEADING DEADLINES**

Defendants Mario Treto, Jr., Sameer Vohra, M.D., and Terry Prince, by their attorney, the Illinois Attorney General, move to stay responsive pleading deadlines in *Kirchoff v. Treto*, No. 1:26-cv-9628 ("*Kirchoff*"), *Carmelite Sisters for the Aged and Infirm, Inc. v. Prince*, No. 1:26-cv-10665 ("*Carmelite Sisters*"), and *Ali v. Vohra*, No. 1:26-cv-11351 ("*Ali*") until a mandate is issued by the Seventh Circuit Court of Appeals in *NIFLA v. Treto* and *Schroeder v. Treto* (Nos. 25-1603, 25-1659, 25-1655, & 25-1657). In support of their motion, Defendants state as follows:

1. On August 11, 2026, the *Kirchoff* Plaintiffs filed their initial complaint. (*Kirchoff* Dkt. 1), which was amended on September 10, 2026. (*Kirchoff* Dkt. 24.) On September 3, 2026, the *Carmelite Sisters* Plaintiffs filed their complaint. (*Carmelite Sisters* Dkt. 1.) On September 16, 2026, the *Ali* Plaintiffs filed their complaint. (*Ali* Dkt. 1.)

2. Defendants waived service in all three matters. Currently, their responsive pleadings are due on October 19, 2026 (*Kirchoff* Dkt. 10-11), November 2, 2026 (*Carmelite Sisters* Dkt. 8-10), and November 16, 2026 (*Ali* Dkt 12-14.)

3. The parties have entered agreed injunctions in all three cases while *NIFLA v. Treto* and *Schroeder v. Treto* (Nos. 25-1603, 25-1659, 25-1655, & 25-1657) is pending in the Seventh Circuit. (*See Kirchoff* Dkt. 29, *Carmelite Sisters* Dkt. 22, and *Ali* Dkt. 25.) Those Seventh Circuit cases raise legal issues that are similar to those raised in *Kirchoff*, *Carmelite Sisters*, and *Ali*. Therefore, because the Seventh Circuit's decision in *NIFLA v. Treto* and *Schroeder v. Treto* may resolve or at least clarify critical questions that are currently pending before this Court, the parties believed that injunctions in the interim period were appropriate.

4. Because *NIFLA v. Treto* and *Schroeder v. Treto* will likely significantly influence the legal questions in *Kirchoff*, *Carmelite Sisters*, and *Ali*, Defendants also respectfully request a

stay of responsive pleading deadlines until the Seventh Circuit resolves *NIFLA v. Treto* and *Schroeder v. Treto*.

5. Defendants' counsel conferred with counsel for Plaintiffs in all three cases; none oppose this motion.

6. Within seven days after the Seventh Circuit enters a mandate in *NIFLA v. Treto* and *Schroeder v. Treto*, Plaintiffs and Defendants agree to confer and propose a briefing schedule that accommodates Plaintiffs' motions for preliminary injunction (as previously ordered by this Court) and Defendants' motions to dismiss or other responsive pleadings for all three matters.

WHEREFORE Defendants respectfully request that this Court enter an order (1) staying Defendant's responsive pleading deadlines; (2) requesting Plaintiffs and Defendants submit a proposed briefing schedule for Plaintiffs' motions for preliminary injunctions and Defendants' motions to dismiss or other responsive pleading within seven days after the Seventh Circuit enters a mandate in *NIFLA v. Treto* and *Schroeder v. Treto*; and (3) granting any other relief that is equitable and just.

Dated: October 6, 2026

Submitted by:

KWAME RAOUL
*Attorney General of Illinois*

*/s/ Elizabeth Morris*
Elizabeth Morris, ARDC #6297239
Elena S. Meth, ARDC # 6346041
Lillian McGuire, ARDC # 6339372
Office of the Illinois Attorney General
Special Litigation Bureau
115 S. LaSalle Street, 35th Floor
Chicago, IL 60603
312-814-3000
elizabeth.morris@ilag.gov
elena.meth@ilag.gov
lillian.mcguire@ilag.gov

*Counsel for Defendants*