**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Akbar M. Ali, et al.
Plaintiff,
v.
Sameer Vohra, et al.
Defendant.

Case No.: 1:26−cv−11351
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 16, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: In light of the Executive Committee Reassignment Order [22], the status hearing previously set for 12/1/2026 is stricken. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.